IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

AUG 1 1 2017

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| DAVID JOHNSTON,<br><br>             Plaintiff,<br><br>vs.<br><br>GALLATIN COUNTY, and JOHN DOES 1-10, SHERIFF BRIAN GOOTKIN in his individual and official capacity, UNDERSHERIFF DAN SPRINGER in his individual and official capacity, LIEUTENANT ARLYN GREYDANUS in his individual and official capacity, and JOHN DOES 1-10,<br><br>             Defendants. | CV 17-061-BLG-SPW-TJC<br><br>ORDER |

Upon the Plaintiff's Unopposed Motion to Dismiss Complaint with Prejudice (Doc. 10), and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED that the Complaint filed on May 12, 2017 in the above-entitled matter is **DISMISSED WITH PREJUDICE**, with all parties to bear their own attorneys' fees and costs.

DATED this ___11___ day of August, 2017.

SUSAN P. WATTERS
United States District Judge